## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

THOMAS T. REYNOLDS and )
THE LINDSEBROOKE GROUP, LLC, )
a Delaware Limited Liability Company, )
                      )
       *Plaintiffs*, )
v. )            NO. 3:07-0056
                      )            JUDGE HAYNES
ROBERT J. AROWOOD; WILLIAM M. )
AROWOOD; WILLIAM H. AROWOOD; )
and APPALACHIAN UNDERWRITERS, )
INC., a Tennessee Corporation, )
                      )
       *Defendants*. )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motion to transfer

(Docket Entry No. 10) is **DENIED**.

Counsel for the parties are given ten (10) days to submit a revised case management

order.

It is so **ORDERED**.

**ENTERED** this the _21st_ day of August, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge